**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:            No CV 10 80314 MISC VRW

Fred Harold Middaugh,

        ORDER

    State Bar No 62133

_____/

        On December 14, 2010, the court issued an order to show cause (OSC) why Fred Harold Middaugh should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective November 26, 2010.

        The OSC was mailed to Mr Middaugh's address of record with the State Bar on December 16, 2010. A written response was due on or before January 28, 2011. No response to the OSC has been filed as of this date.

        The court now orders Fred Harold Middaugh removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                              VAUGHN R WALKER
                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Fred Harold Middaugh,

_____/

Case Number: CV10-80314 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Harold Middaugh
Law Officesof Fred H Middaugh
1400 W Washington St, Ste 104
Sequin, WA 98382-3236

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*